**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1723**

_____

EARL BROWN,

Plaintiff - Appellant,

versus

SEARS AUTOMOTIVE CENTER; SEARS ROEBUCK AND
COMPANY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  James A. Beaty, Jr.,
District Judge.  (CA-01-67)

_____

Submitted:  November 18, 2002      Decided:  December 2, 2002

_____

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Earl Brown, Appellant Pro Se.  John Doughty Cole, Sr., Robert S.
O'Neale, III, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C.,
Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Earl Brown appeals the district court's order dismissing his civil action alleging wrongful termination from employment.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Brown v. Sears Automotive Center, No. CA-01-67 (M.D.N.C. June 21, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED